United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD J. MCCLYMONDS,

Plaintiff,

v.

SANOFI US SERVICES INC., *et al.*,

Defendants.

Case No. 21-cv-05287-SI

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION TO STAY
PENDING DECISION BY JPML ON
TRANSFER MOTION**

Re: Dkt. No. 6

Defendants have filed a motion to stay these proceedings pending a decision by the Judicial Panel on Multidistrict Litigation regarding whether this case will be transferred to MDL 2924, *In re Zantac (Tanitidine) Products Liab. Litig.*, No. 9:20-md-2924 (S.D. Fla). Plaintiff has not filed an opposition and has informed the Court's clerk that he does not oppose the stay motion.

Accordingly, the Court GRANTS defendants' motion to stay. The parties shall promptly notify the Court when the JPML issues a decision regarding transfer.

**IT IS SO ORDERED**.

Dated: August 2, 2021

_____
SUSAN ILLSTON
United States District Judge